David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
chavezd@ballardspahr.com

*Attorney for Defendant Citibank, N.A.*

# United States District Court

## District of Nevada

| | |
|---|---|
| Victoria Brown,<br><br>                           Plaintiff,<br><br>vs.<br><br>Trans Union, LLC; Equifax Information Services, LLC; Citibank, N.A.,<br><br>                           Defendants. | Case No. : 2:24-cv-01415-JCM-EJY<br><br>**Stipulation to Extend Time for Citibank, N.A. to Respond to Complaint**<br><br>**(First Request)** |

Defendant Citibank, N.A.'s response to plaintiff Victoria Brown's complaint is due August 22, 2024.  Citibank has requested, and plaintiff has agreed, that this deadline be extended up to and including September 5, 2024.  There is good cause for the extension because it will provide time for Citibank to investigate the allegations in plaintiff's complaint.

[continued on following page]

DMFIRM #405792292v1

This is the first request for an extension, and it is not sought for the purposes of delay.

Dated: August 14, 2024

| BALLARD SPAHR LLP | CONSUMER ATTORNEYS |
|---|---|
| By: /s/ David E. Chavez<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: 702.471.7000 | By: /s/ Michael Yancey<br>Michael Yancey III<br>Nevada Bar No. 16158<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102 |
| *Attorney for Defendant Citibank, N.A.* | *Attorney for Victoria Brown* |

### ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 15, 2024

DMFIRM #405792292v1