Sarai L. Thornton, Esq. (SBN 271389)
Sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Attorney for Defendant Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC and CITIBANK, N.A.,<br><br>        Defendants. | Case No. 2:24-cv-01415-JCM-EGY<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Victoria Brown ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their undersigned counsel (collectively, "the Parties"), hereby stipulate as follows:

1.   On August 1, 2024, Plaintiff filed her Complaint in the above-referenced matter.

2.   On August 6, 2024, Trans Union was served with Plaintiff's Complaint.

3.   Trans Union's current deadline to respond to the Complaint is August 27, 2024.

4.   Good cause exists for Trans Union's request to extend the current response deadline by 30 days, as Trans Union is still investigating Plaintiff's claims, and Plaintiff and Trans Union are in the process of discussing potential early resolution.

5.   Plaintiff does not oppose an extension of Trans Union's time to respond to the Complaint so that the Parties may devote their time and energy to resolving this matter. Pursuant to Local Rule IA 6-1, Trans Union respectfully requests the Court for an extension of time to file its responsive pleading for 30 days, which is up to and including September 26, 2024.

6.   This stipulation is not for delay.

1

7. This is the first stipulation for an extension of time for Trans Union to respond to the Complaint. No other deadlines will be affected by this extension.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 26, 2024. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 27th day of August 2024.

SKANE MILLS LLP

*/s/* Sarai L. Thornton
Sarai L. Thornton, Esq. (SBN 271389)
Sthornton@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for Trans Union LLC*

CONSUMER ATTORNEYS PLC

*/s/* Michael Yancey III
Michael Yancey III (Bar No. 16158)
myancey@consumerattorneys.com
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
Telephone: (480) 573-9272
*Counsel for Plaintiff*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: August 27, 2024

2