1  David E. Chavez
   Nevada Bar No. 15192
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
4  Facsimile:  702.471.7070
   chavezd@ballardspahr.com
5
   *Attorney for Defendant Citibank, N.A.*
6

7                    **United States District Court**

8                       **District of Nevada**

9  Victoria Brown,                          Case No. : 2:24-cv-01415-JCM-EJY

10                        Plaintiff,

11            vs.                            **Joint Motion to Extend Time for
                                             Citibank, N.A. to Respond to Complaint**
12 Trans Union, LLC; Equifax Information
   Services, LLC; Citibank, N.A.,           **(Second Request)**
13
                          Defendants.
14

15        Defendant Citibank, N.A.'s response to plaintiff Victoria Brown's complaint is

16 due September 5, 2024.  Citibank has requested, and plaintiff has agreed, that this

17 deadline be extended up to and including September 19, 2024.  There is good cause

18 for the extension because it will provide time for the parties to discuss a potential

19 resolution of their dispute without the need for further litigation.

20

21                       [continued on following page]

22

23

24

25

26

27

28

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

DMFIRM #405792292v1

1    This is the second request for an extension, and it is not sought for the purposes

2  of delay.

3

4  Dated:  September 5, 2024

5  BALLARD SPAHR LLP                    CONSUMER ATTORNEYS

6

   By:  /s/ David E. Chavez            By: /s/ Michael Yancey III
7  David E. Chavez                     Michael Yancey III
   Nevada Bar No. 15192                Nevada Bar No. 16158
8  1980 Festival Plaza Drive, Suite 900   2300 West Sahara Avenue, Suite 800
   Las Vegas, Nevada 89135             Las Vegas, Nevada 89102
9  Telephone:  702.471.7000

10  *Attorney for Defendant Citibank, N.A.*   *Attorney for Victoria Brown*

11

12                                 **ORDER**

13                                 IT IS SO ORDERED:

14

15                                 _____
                                   United States Magistrate Judge
16

17                                 DATED:  ___September 6, 2024___

18

19

20

21

22

23

24

25

26

27

28

2

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada  89135