David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
chavezd@ballardspahr.com

*Attorney for Defendant Citibank, N.A.*

# United States District Court
## District of Nevada

| | |
|---|---|
| Victoria Brown,<br><br>Plaintiff,<br><br>vs.<br><br>Trans Union, LLC; Equifax Information Services, LLC; Citibank, N.A.,<br><br>Defendants. | Case No. : 2:24-cv-01415-JCM-EJY<br><br>**Joint Motion to Extend Time for Citibank, N.A. to Respond to Complaint**<br><br>**(Third Request)** |

Defendant Citibank, N.A.'s response to plaintiff Victoria Brown's complaint is due September 19, 2024.  Citibank has requested, and plaintiff has agreed, that this deadline be extended up to and including October 18, 2024.  There is good cause for the extension because it will provide time for the parties to continue to discuss a potential resolution of their dispute without the need for further litigation.

[continued on following page]

DMFIRM #405792292v1

This is the third request for an extension, and it is not sought for the purposes of delay.

Dated: September 19, 2024

| **BALLARD SPAHR LLP** | **CONSUMER ATTORNEYS** |
|---|---|
| By: /s/ David E. Chavez | By: Michael Yancey III |
| David E. Chavez | Michael Yancey III |
| Nevada Bar No. 15192 | Nevada Bar No. 16158 |
| 1980 Festival Plaza Drive, Suite 900 | 2300 West Sahara Avenue, Suite 800 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89102 |
| Telephone: 702.471.7000 | |
| *Attorney for Defendant Citibank, N.A.* | *Attorney for Victoria Brown* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 20, 2024

DMFIRM #405792292v1