GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 Pavillion Center Dr., Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (Las Vegas)**

| | |
|---|---|
| VICTORIA BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and CITIBANK, N.A.,<br><br>Defendants. | Case No. 2:24-cv-01415-JCM-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested a second extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from September 26, 2024 through and including **October 25, 2024**.  The request was made by Equifax so that the parties may have

//

//

additional time to engage in settlement discussions, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

        Respectfully submitted, this September 25, 2024.

CLARK HILL PLLC

By:  /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 Pavillion Center Dr,
Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com

**<u>No opposition</u>**

 /s/ Michael Everett Yancey, III
Michael Everett Yancey, III
Consumer Attorneys PLC
2300 West Sahara Avenue
Suite 800
Las Vegas, NV 89102
480-573-9272
Fax: 718-715-1750
myancey@consumerattorneys.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  September 25, 2024

- 2 -