David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
chavezd@ballardspahr.com

*Attorney for Defendant Citibank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Victoria Brown,<br><br>                     Plaintiff,<br><br>vs.<br><br>Trans Union, LLC; Equifax Information Services, LLC; Citibank, N.A.,<br><br>                     Defendants. | Case No.: 2:24-cv-01415-JCM-EJY<br><br>**JOINT MOTION TO EXTEND TIME FOR CITIBANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Defendant Citibank, N.A.'s response to plaintiff Victoria Brown's complaint is due October 18, 2024. Citibank has requested, and plaintiff has agreed, that this deadline be extended up to and including November 8, 2024. There is good cause for the extension because it will provide time for the parties to resolve whether they will stipulate to arbitration of their dispute and advance their settlement discussions.

[continued on following page]

DMFIRM #405792292v1

This is the fourth request for an extension, and it is not sought for the purposes of delay.

Dated:  October 18, 2024

| **BALLARD SPAHR LLP** | **CONSUMER ATTORNEYS** |
|---|---|
| By:  /s/ David E. Chavez | By:  /s/ Michael Yancey III |
| David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone:  702.471.7000 | Michael Yancey III<br>Nevada Bar No. 16158<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102 |
| *Attorney for Defendant Citibank, N.A.* | *Attorney for Victoria Brown* |

### ORDER

IT IS SO ORDERED; provided, however, no further extensions will be provided absent extraordinary circumstances.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 21, 2024

2

DMFIRM #405792292v1