Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
732-695-3282
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorney for Plaintiff*
*Victoria Brown*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Victoria Brown,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**Trans Union, LLC, Equifax Information Services, LLC, and Citibank, N.A.,**<br><br>**Defendants.** | **Civil Case Number: 2:24-cv-01415-JCM-EJY** |

## STIPULATION OF DISMISSAL

Plaintiff Victoria Brown and Defendant Citibank, N.A. ("The Parties"), hereby stipulate to the Plaintiff's dismissal all claims against the remaining Defendant **CITIBANK, N.A.** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

- 1 -
STIPULATION OF DISMISSAL AS TO CITIBANK N.A.

Dated:        July 6, 2026

/s/ Yitzchak Zelman                         /s Abran E. Vigil
Yitzchak Zelman, Esq.                       Abran E. Vigil, Esq.
Marcus & Zelman, LLC                        Nevada Bar No. 7548
701 Cookman Avenue, Suite 300               Ballard Spahr LLP
Asbury Park, NJ 07712                       1980 Festival Plaza Drive, Ste. 900
Tel: (732) 695-3282                         Las Vegas, NV 89135
Email: yzelman@marcuszelman.com             Tel: (702) 471-7000
PRO HAC VICE                                *E-mail: vigila@ballardspahr.com*
*Attorney for Plaintiff*                    *Attorney for Defendant*
*Victoria Brown*                            *Citibank, N.A.*

## ORDER

**IT IS SO ORDERED.**

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT JUDGE**

**Date:  July 7, 2026**

STIPULATION OF DISMISSAL AS TO CITIBANK, N.A.